RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

08 SEP 11 PM 3:44
MIDDLE DISTRICT COURT
TAMPA, FLORIDA

IN THE MATTER OF THE COMPLAINT
OF ENTERPRISE MARINE
CONTRACTORS, INC. AND GERHARD
KALKE FOR EXONERATION FROM OR
LIMITATION OF LIABILITY AS OWNER
OF A 23-FT 2000 BARGE, HULL I.D.
FLZZ0153E000.

CASE NO.: 8:08-CIV-1808-T-17MEAT

_____/

## INJUNCTION

Enterprise Marine Contractors, Inc. and Gerhard Kalke, having on the 10th day of September, 2008, filed a petition for exoneration from or limitation of liability in respect to losses, damages, or injuries arising out of a voyage of the 23-ft 2000 Barge, Hull I.D. No. FLZZ0153E000 on or about August 23, 2007, and Enterprise Marine Contractors, Inc. and Gerhard Kalke, having stated in said petition the facts and circumstances upon which said exoneration from or limitation of liability are claimed, and having filed with this Court a surety bond in the amount of $20,000.00 as the value of the vessel and as security for claims, and it appearing that Enterprise Marine Contractors, Inc. and Gerhard Kalke desire to obtain a restraining order, it is

ORDERED that the further prosecution of any pending actions, suits, or legal proceedings in any court whatsoever and the institution and prosecution of any suits, actions, or legal proceedings of any nature or description whatsoever in any court whatsoever, except in this proceeding for exoneration from or limitation of liability, against Enterprise Marine

Contractors, Inc. and Gerhard Kalke or the 23-FT 2000 Barge, Hull I.D. No. FLZZ0153E000 in respect of any claim or claims arising out of or connected with the aforesaid incident occuring on or about August 23, 2007, be, and the same are hereby, stayed and restrained until the hearing and determination of this proceeding; and it is further

ORDERED that service of this Order as a restraining order may be made by mailing a certified copy of this Order to the person or persons to be restrained or to their respective attorneys or representatives.

DONE AND ORDERED in chambers at Tampa, Florida, this 12th day of September, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

40413160