UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF THE COMPLAINT
OF ENTERPRISE MARINE
CONTRACTORS, INC. AND GERHARD
KALKE FOR EXONERATION FROM OR
LIMITATION OF LIABILITY AS OWNER
OF A 23-FT 2000 BARGE, HULL I.D.
FLZZ0153E000.

CASE NO. 8:08CV1808-T-17-EAJ

_____/

## ORDER FOR AD INTERIM STIPULATION, APPRAISAL AND MONITION

A Petition having been filed herein on behalf of Enterprise Marine Contractors, Inc. and Gerhard Kalke praying for exoneration from or limitation of liability in connection with the voyage upon which the 23-ft 2000 Barge, Hull I.D. No. FLZZ0153E000 was engaged on or about August 23, 2007, and for certain other relief; and the Petition having stated the facts and circumstances upon which said exoneration or limitation are claimed; and Petitioners having offered a Limitation Bond in the amount of $20,000.00, in proper form and with satisfactory surety; and it appearing that claims have been made or are about to be made against Petitioners and against the said vessel for damages alleged to have occurred in consequence of the incident described in the Petition, and

Petitioners, prayed for an appraisal of the value of their interest in said vessel and for leave to file a stipulation for the amount of such appraised value, or a Limitation Bond pending the appraisal of its interest in said vessel; and it appearing from the Affidavit filed

herein that Petitioners' interest in the said vessel with freight pending at the end of the voyage mentioned did not exceed the sum of $20,000.00; it is

ORDERED

(a) That Petitioners file herein a Limitation Bond in the amount of $20,000.00 as security for the performance thereof, according to the rules and practice of this Court, and

(b) That any party may apply to have the amount of such bond increased or diminished, as the case may be, upon the determination of the Court upon exceptions to the amount of the Limitation Bond, and

(c) That a Monition issue out of and under the seal of this Court against all persons claiming damages caused by or occurring during the voyage upon which the said vessel was engaged as described in the Petition, citing them, and each of them, to file their respective claims with the Clerk of the Court and to serve on or mail to the attorneys for Petitioners a copy thereof on or before October 31, 2008, subject to the right of any person to controvert or to question the same, with liberty also to any such claimants who shall file their claims to answer said Petition.

DONE AND ORDERED in Chambers in Tampa, Florida, this 12th day of September, 2008.



UNITED STATES DISTRICT JUDGE
ELIZABETH A. KOVACHEVISH
UNITED STATES DISTRICT JUDGE

40413502

2