UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE COMPLAINT
OF ENTERPRISE MARINE CONTRACTORS,
INC. and GERHARD KALKE FOR EXONERATION    CASE NO. 8:08-CIV-1808-T-17-EAJ
FROM OR LIMITATION OF LIABILITY OF A 23-FT
2000 BARGE, HULL I.D. FLZZ0153E000.
_____/

## ORDER OF DEFAULT JUDGMENT

This cause is before the Court on the petitioner's motion for default judgment (Docket No. 16). Accordingly, it is

**ORDERED** that the petitioner's motion for default judgment (Docket No. 16) be **granted** and default judgment is entered against any and all claimants who have failed to state a claim or file a claim precluding the filing of said claims. The Clerk of Court may close this case after the entry of this judgment.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 16th day of June, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record